**Angel ROMERO–ROMERO, Petitioner**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

**No. 14–2641.**

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 18, 2015.

Filed: March 11, 2015.

Angel Romero–Romero, Grand Island, NE, pro se.

Karen Yolanda Drummond, Kristen A. Giuffreda Chapman, Esq., Carl H. McIntyre, John D. Williams, U.S. Department of Justice, Washington, DC, for Respondent.

Before MURPHY, BOWMAN, and SHEPHERD.

**PER CURIAM.**

Guatemalan citizen Angel Romero–Romero petitions for review of the order of the Board of Immigration Appeals upholding an immigration judge's decision to deny withholding of removal.[1] After careful consideration, we conclude that substantial evidence supports the denial: Romero–Romero failed to establish a clear probability that his life or freedom would be threatened in Guatemala because of his membership in a particular social group. *See De Castro–Gutierrez v. Holder,* 713 F.3d 375, 381 (8th Cir.2013). We deny the petition for review.

1. The rulings denying asylum and relief under the Convention Against Torture are not before us in this petition for review.